TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 410-965-5909
    Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CROWDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:25-cv-10015-HDV-ACCV<br><br>JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

[Proposed] Judgment Re Remand                                    Page 1

ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 23rd day of April, 2026.

_____

ANGELA C. C. VIRAMONTES
United States Magistrate Judge